**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cornelio SANCHEZ, Jr., Defendant–
Appellant.**

No. 15–20062
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney retained to represent Cornelio Sanchez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Sanchez filed a response and moved for the appointment of counsel on appeal but subsequently moved to withdraw his motion to appoint counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sanchez's response. We

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Sanchez's motion to withdraw his motion for appointment of counsel is GRANTED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.